IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JAMES UMEADI | § | |
| v. | § | CIVIL ACTION NO. 6:05cv392 |
| IUE-CWA, LOCAL 782 | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

  The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration.  The Report and Recommendation recommends that the complaint be dismissed without prejudice for failure to timely effect service and failure to prosecute.  No written objections have been filed in response to the Report and Recommendation.  Therefore, the findings and conclusions of the Magistrate Judge are hereby adopted as those of the Court.  In light of the foregoing, it is

  **ORDERED** that the complaint is **DISMISSED** without prejudice pursuant to Fed.R.Civ.P. 4(m) and 41(b).  Any motion not previously ruled on is **DENIED**.

  **So ORDERED and SIGNED this 25th day of October, 2006.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**